IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Joann Higgs,** )<br>       Plaintif,         ) | **CIVIL ACTION NO. 09-1948-CCB** |
|              ) | |
| **v.**           ) | |
|              ) | |
| **Pentagroup Financial, LLC,** )<br>       Defendant.   ) | |

### JOINT CONSENT MOTION TO AMEND THE COURT'S
### OCTOBER 14, 2009 SETTLEMENT ORDER

The parties, by and through their respective undersigned counsel, respectfully request this Honorable Court to amend its October 14, 2009 Order to give the parties 45 additional days to finalize the settlement in this case. In support of their request, the parties state as follows:

1. In October 2009, the parties advised the Court that they had reached a settlement in this case.

2. The Court issued a Settlement Order pursuant to Local Rule 111 on October 14, 2009 which provided the parties 45 day to finalize the settlement.

3. The time for finalizing the settlement will expire on November 28, 2009.

4. Unfortunately, the parties need additional time to finalize the settlement in this case.

5. The parties are requesting an additional 45 days to finalize settlement of this case.

WHEREFORE, the parties respectfully request that the Court:

1. Grant this their joint consent motion to amend the Court's October 14, 2009 Settlement Order, and

2. Grant such other and further relief as is just and proper.

Respectfully Submitted,

/s/ *Sonya Smith-Valentine*
Sonya Smith-Valentine, Esquire
Valentine Legal Group, LLC
7319 Hanover Parkway
Suite C
Greenbelt, MD 20770
Attorney for Plaintiff

/s/ *Robert Gittins* (signed by Sonya Smith-Valentine with permission from Robert Gittins)
Robert Gittins, Esquire
Law Offices of William J. Hickey
33 Wood Lane
Rockville, MD 20850
Attorney for Defendant